K. COLLINS KELLOGG, Appellant, *v.* WILLIAM HOWELL et al., Respondents.

(Argued May 13, 1873; decided May 20, 1873.)

*F. W. Hubbard* for the appellant.

*N. C. Moak* for the respondents.

Agree to affirm on opinion of HARDIN, J., at Special Term.
ALLEN and PECKHAM, JJ., for dismissal.
Order affirmed.